UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

RENET BIELECKI,

                                      Plaintiff,         **DECLARATION OF**
                                                               **SERVICE BY MAIL**

                     -against-                       Case No. 08 Civ. 7473

THE DEPARTMENT OF EDUCATION OF THE CITY
OF NEW YORK,

                                      Defendants.

------------------------------------------------------------------- x

       **ANDREA O'CONNOR** declares under the penalties of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

       On August 25, 2008, I caused the Notice of Removal in the above-captioned case, dated August 25, 2008, the Individual Practices of Judge Victor Marrero and the Southern District of New York's Electronic Case Filing Rules and Instructions to be served upon the attorney for the plaintiff herein by depositing a copy of such in a first class postpaid properly addressed wrapper; in a post office/official depository under the exclusive care and custody of the U.S. Postal Service, directed to said attorneys at the address set forth below, that being the address designated for that purpose:

                        Stewart Lee Karlin
                        Attorney for Plaintiff
                        9 Murray St., Suite 4W
                        New York, New York 10007

Dated:     New York, New York
             August 25, 2008

                                                               _____
                                                               Andrea O'Connor (AO4477)
                                                              Assistant Corporation Counsel