UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

RENET BIELECKI,

                                    Plaintiff,                **NOTICE OF**
                                                                      **APPEARANCE**

          -against-                            08 Civ. 7473(VM)

THE DEPARTMENT OF EDUCATION OF THE CITY
OF NEW YORK,

                                    Defendants.

------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to represent defendants in the above-referenced action. Accordingly, I respectfully request that any future correspondence, filings, ECF notifications or other information relating to this matter be addressed to me at the address below.

Dated:      New York, New York
              August 27, 2008

                                                       Respectfully Submitted,

                                                         MICHAEL A. CARDOZO
                                                        Corporation Counsel
                                                          of the City of New York
                                                         Attorney for Defendants
                                                         100 Church Street, Room 2-146
                                                         New York, New York 10007
                                                         (212) 676-2750

                                               By:   */s/ Andrea O'Connor*
                                                         Andrea O'Connor (AO4477)
                                                         Assistant Corporation Counsel

TO:    Stewart Lee Karlin (by first class mail)
          Attorney for Plaintiff
          9 Murray St., Suite 4W
          New York, New York 10007

08 Civ. 7473 (VM)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| RENET BIELECKI,<br><br>Plaintiff,<br><br>-against-<br><br>THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK,<br><br>Defendants. |
| **NOTICE OF APPEARANCE** |
| *MICHAEL A. CARDOZO*<br>*Corporation Counsel of the City of New York*<br>*Attorney for Defendants*<br>*100 Church Street; Room 2-146*<br>*New York, N.Y. 10007*<br><br>*Of Counsel: Andrea O'Connor*<br>*Tel: (212) 676-2750*<br>*Matter No. 2008-028582* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y. ............................................., 200...*<br><br>*................................................................. Esq.*<br><br>*Attorney for.....................................................* |